■ GEORGE A. SMALL, Appellant, v JEAN M. SMALL, Respondent.—In an action in which a judgment of the Supreme Court, Nassau County, granting plaintiff a divorce was entered August 20, 1974, plaintiff appeals from an order of the same court, entered February 3, 1975, which, *inter*

*alia,* granted defendant's motion to punish him for contempt. Order affirmed, with $20 costs and disbursements. Plaintiff's contentions find no support in the record on this appeal. Martuscello, Acting P. J., Latham, Cohalan, Margett and Brennan, JJ., concur.